IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VANESSA HALDEMAN & BENJAMIN HALDEMAN, BY THEIR PARENTS AS NEXT FRIENDS; JOSEPH & DENISE HALDEMAN; JOSEPH HALDEMAN, individually; DENISE HALDEMAN, individually; JERRY HALDEMAN, individually; & CAROL HALDEMAN, individually, ) ) ) ) ) ) ) ) ) ) | CV. NO. CV05 00810 DAE KSC |
| Plaintiffs, ) | |
| vs. ) ) | |
| RUTH GOLDEN, in her individual capacity; PATRICIA NAVARRO, in her individual capacity; CAROLINE HAYASHI, in her individual capacity; CYNTHIA NOEL, in her individual capacity; UNIVERSITY OF NATIONS PRE-SCHOOL, a Private Agency; THE UNIVERSITY OF NATIONS as Respondeat Superior; ALEXANDER GRAVES, in his individual capacity; COUNTY OF HAWAII, a municipal entity; KAREN DUTY, in her individual capacity; DONALD CUPP, in his individual capacity; JILL ACERO, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

1

in her individual capacity;                          )
BOBBETTE STRAUSS, in her                    )
individual capacity; THE                           )
INSTITUTE FOR FAMILY                         )
ENRICHMENT, a Domestic Profit            )
Corporation; CHILD PROTECTIVE         )
SERVICES, an                                          )
agency of the Department of                    )
Human Services; DEPARTMENT          )
OF HUMAN SERVICES [DHS],             )
State of Hawaii; LILLIAN KOLLER,    )
DIRECTOR OF DHS, in her                    )
official capacity; ANDREA                      )
MCCOLLUM, in her individual and      )
professional capacity; LEGAL AID      )
SOCIETY OF HAWAII, a Private        )
Non-Profit Agency; DAVID                   )
KAULIA, in his individual capacity;    )
COLLEEN CLARK, in her                     )
individual and professional                      )
capacity; CHILD AND FAMILY         )
SERVICE, a Private Non-Profit          )
Agency; JOINTLY AND                        )
SEVERALLY,                                        )
                                                              )
            Defendants.                               )
_____ )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On December 4, 2013, Plaintiffs VANESSA HALDEMAN and BENJAMIN HALDEMAN, by Their Parents as Next Friends, JOSEPH and DENISE HALDEMAN; JOSEPH HALDEMAN, individually; DENISE HALDEMAN, individually; JERRY HALDEMAN, individually; and CAROL HALDEMAN, individually (collectively, "Plaintiffs") filed a Motion for Determination of Good Faith Settlement with Defendants. (Dkt. # 1124.) Magistrate Judge Kevin Chang held a hearing on Plaintiffs' Motion on January 10, 2014. On January 29, 2014, Magistrate Judge Chang filed a Findings and Recommendation to Grant Plaintiffs' Motion for Determination of Good Faith Settlement with Defendants. (Dkt. # 1137.)   No party filed an objection to the Magistrate Judge's Findings and Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Plaintiffs' Motion For Determination Of Good Faith Settlement With Defendants" (Dkt. # 1137) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 19, 2014.



_____
David Alan Ezra
Senior United States Distict Judge

4