IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VANESSA HALDEMAN & ) | CV. NO. CV05 00810 DAE KSC |
| BENJAMIN HALDEMAN, BY ) | |
| THEIR PARENTS AS NEXT ) | |
| FRIENDS; JOSEPH & DENISE ) | |
| HALDEMAN; JOSEPH ) | |
| HALDEMAN, individually; DENISE ) | |
| HALDEMAN, individually; JERRY ) | |
| HALDEMAN, individually; & ) | |
| CAROL HALDEMAN, individually, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| RUTH GOLDEN, in her individual ) | |
| capacity; PATRICIA NAVARRO, in ) | |
| her individual capacity; ) | |
| CAROLINE HAYASHI, in her ) | |
| individual capacity; CYNTHIA ) | |
| NOEL, in her individual capacity; ) | |
| UNIVERSITY OF NATIONS ) | |
| PRE-SCHOOL, a Private Agency; ) | |
| THE UNIVERSITY OF NATIONS ) | |
| as Respondeat Superior; ) | |
| ALEXANDER GRAVES, in his ) | |
| individual capacity; COUNTY OF ) | |
| HAWAII, a municipal entity; ) | |
| KAREN DUTY, in her individual ) | |
| capacity; DONALD CUPP, in his ) | |
| individual capacity; JILL ACERO, ) | |

1

in her individual capacity;                      )
BOBBETTE STRAUSS, in her                      )
individual capacity; THE                      )
INSTITUTE FOR FAMILY                      )
ENRICHMENT, a Domestic Profit                      )
Corporation; CHILD PROTECTIVE                      )
SERVICES, an                      )
agency of the Department of                      )
Human Services; DEPARTMENT                      )
OF HUMAN SERVICES [DHS],                      )
State of Hawaii; LILLIAN KOLLER,                      )
DIRECTOR OF DHS, in her                      )
official capacity; ANDREA                      )
MCCOLLUM, in her individual and                      )
professional capacity; LEGAL AID                      )
SOCIETY OF HAWAII, a Private                      )
Non-Profit Agency; DAVID                      )
KAULIA, in his individual capacity;                      )
COLLEEN CLARK, in her                      )
individual and professional                      )
capacity; CHILD AND FAMILY                      )
SERVICE, a Private Non-Profit                      )
Agency; JOINTLY AND                      )
SEVERALLY,                      )
                      )
          Defendants.                      )
_____ )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On December 4, 2013, Plaintiffs VANESSA HALDEMAN and

BENJAMIN HALDEMAN, by Their Parents as Next Friends, JOSEPH and

DENISE HALDEMAN; JOSEPH HALDEMAN, individually; DENISE

HALDEMAN, individually; JERRY HALDEMAN, individually; and CAROL

HALDEMAN, individually (collectively, "Plaintiffs") filed a Motion for

Determination of Good Faith Settlement with Defendants.  (Dkt. # 1124.)

Magistrate Judge Kevin Chang held a hearing on Plaintiffs' Motion on January 10,

2014.  On January 29, 2014, Magistrate Judge Chang filed a Findings and

Recommendation to Grant Plaintiffs' Motion for Determination of Good Faith

Settlement with Defendants.  (Dkt. # 1137.)   No party filed an objection to the

Magistrate Judge's Findings and Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title

28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings

and Recommendations To Grant Plaintiffs' Motion For Determination Of Good

Faith Settlement With Defendants" (Dkt. # 1137) are adopted as the opinion and

order of this Court.

IT IS SO ORDERED.

3

DATED: Honolulu, Hawaii, February 19, 2014.



_____
David Alan Ezra
Senior United States Distict Judge